IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| REYNALDO MUNIZ, JR., <br> Plaintiff, | § <br> § <br> § |
| v. | §    Civil Action No. 1:13-cv-666-LY <br> § <br> § |
| TEXAS DEPARTMENT OF PUBLIC <br> SAFETY et al., <br> Defendants. | § <br> § <br> § |

## ADVISORY TO THE COURT REGARDING SETTLEMENT

The parties have conferred and agreed in principle to settle all claims and controversies in this litigation, pending approval of the settlement by certain officials of the State of Texas. The parties seek a stay of all remaining deadlines to finalize the settlement.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Chief, Law Enforcement Defense Division

*/s/ Matthew J. Greer*
**MATTHEW J. GREER**
Assistant Attorney General
State Bar No. 2406985

P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2080 / (512) 936-2109 Fax

**ATTORNEYS FOR DEFENDANTS**

**REYNALDO MUNIZ**

5106 Brookdale Lane
Austin, TX 78723

**PLAINTIFF PRO-SE**

## NOTICE OF ELECTRONIC FILING

I, **MATTHEW J. GREER**, Assistant General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above foregoing in accordance with the Electronic Case Files System of the Western District of Texas, on the 3 day of August, 2015.

/s/ Matthew J. Greer
**MATTHEW J. GREER**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **MATTHEW J. GREER**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendants' Advisory to the Court Regarding Settlement** has been served on Plaintiff at the address below on August 3, 2015.

**Reynaldo Muniz**
5106 Brookdale Lane
Austin, TX 78723

                                         */s/ Matthew J. Greer*
                                         **MATTHEW J. GREER**
                                         Assistant Attorney General